HONORABLE **Thompson**  CT cvmhrg (October 17, 2001)

TOTAL TIME: ___ hours ___ minutes   DEPUTY CLERK ___   RPTR/ERO/TAPE **CT**

DATE **12/23/03**   START TIME **3:10pm**   END TIME **3:30pm**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:02CV524**

**USF&G**
vs.
**Neri**

**Peter Stmiste**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Ed Doernberger**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☒ (mischrg.) Miscellaneous Hearing — **Status conference (by phone)**
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| # | Motion | granted | denied | advisement |
|---|---|---|---|---|
| # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| # | Motion | ☐ granted | ☐ denied | ☐ advisement |
|   | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
|   | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
|   | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
|   | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

**Pltf will file a motion for summary judgment, and will also file a motion renewing its motion for civil contempt**

☐ filed ☐ docketed (repeated)

Hearing continued until ___