UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES FIDELITY<br>& GUARANTY CO.,<br>    Plaintiff, | CIVIL DOCKET NO.<br>3 02 CV 524 (AWT) |
| VS. | |
| NERI CONSTRUCTION, LLC,<br>THE NERI CORP., JOAN C. NERI,<br>VINCENT A. NERI and MICHELLE NERI<br>    Defendants. | DECEMBER 23, 2003 |

## RENEWED MOTION FOR CIVIL CONTEMPT

The Plaintiff hereby respectfully renews its January 17, 2003 Motion for Civil Contempt (Document #69) requesting that this Court enter an order of contempt against the Defendants, Neri Construction, LLC, The Neri Corp., Joan C. Neri, Vincent A. Neri and Michelle Neri (the "Indemnitors") and against their counsel for failing to comply with the Order of Preliminary Injunction entered by this Court on November 7, 2002.

All of the issues raised within Plaintiff's January 17, 2003 Motion for Civil Contempt have been fully briefed and the Defendants have submitted Objections to

12123.0004

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Plaintiff's Motion which were filed with the Court on February 10, 2003 (Document #70) and February 12, 2003 (Document #71).

>THE PLAINTIFF,
> UNITED STATES FIDELITY &
> GUARANTY COMPANY
>
> By _____
> Dennis C. Cavanaugh ct05814
> Peter E. Strniste, Jr. ct20830
> HALLORAN & SAGE LLP
> Its Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on December 23, 2003, a copy of the foregoing was either mailed, postage prepaid, or delivered via facsimile to:

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

David S. Doyle, Esq.
Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

Dennis C. Cavanaugh

365227.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105