UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | : : : | CIVIL ACTION NO. 3:02CV524 (AWT) |
| Plaintiff, | : : | |
| V. | : : | |
| NERI CONSTRUCTION, LLC, ET AL. | : : : | |
| Defendants. | : | JANUARY 26, 2004 |

## UNITED STATES FIDELITY & GUARANTY COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Plaintiff, United States Fidelity & Guaranty Company, moves for the entry of judgment in its favor as to Count Three of its Complaint for contractual indemnification in accordance with the provisions of the Master Surety Agreement entered into by the parties. In support of this Motion for Summary Judgment, the Plaintiff submits the attached Memorandum of Law, supporting Affidavits and Local Rule 56(a)1 Statement.

UNITED STATES FIDELITY
& GUARANTY COMPANY

By_____
Dennis C. Cavanaugh
Fed. Bar No. ct05814
Peter E. Strniste, Jr.
Fed. Bar No. ct20830
HALLORAN & SAGE LLP
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 26th day of January 2004, a copy of the foregoing was mailed, postage prepaid, to:

| | |
|---|---|
| **Neri Construction, LLC, The Neri Corp. and Joan C. Neri**<br>c/o Edwin L. Doernberger, Esq.<br>Saxe, Doernberger & Vita, P.C.<br>1952 Whitney Avenue<br>Hamden, CT 06517<br>Facsimile: (203) 287-8847 | **Vincent Neri and Michelle Neri**<br>c/o David S. Doyle, Esq.<br>Marcus Law Firm<br>111 Whitney Avenue<br>New Haven, CT 06510<br>Facsimile: (203) 789-8705 |

_____
Dennis C. Cavanaugh

491517.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105