UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES FIDELITY & GUARANTY COMPANY** | : | CIVIL ACTION |
| Plaintiff | : | NO. 302-CV-524(AWT) |
| v. | : | |
| **NERI CONSTRUCTION, LLC, et. al.** | : | |
| Defendants | : | FEBRUARY 11, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to D.Conn.L.Civ.R. 9(b)(3), defendants Neri Construction, LLC, The Neri Corp. and Joan Neri (hereinafter "Defendants") move for an extension of time of fifteen (15) days, i.e. from February 19, 2004 until March 5, 2004, within which to file Defendants' memorandum in opposition to United States Fidelity & Guaranty Company's Motion for Summary Judgment dated January 26, 2004 (the "Motion").

The undersigned represents that he spoke with Dennis C. Cavanaugh, counsel for plaintiff, on February 11, 2004, and there is no objection to the requested extension of time.

This is the first extension of time requested with respect to this matter.

The undersigned further represents that there is good cause for the granting of this request for extension of time for the following reasons:

1.  The Motion was received at the office of the undersigned during the week of January 26, 2004, at which time the undersigned was on vacation and did not return until February 2, 2004.

2.  The Motion is extensive, calling for detailed analysis of and response to multiple invoices and detailed entries on each of the invoices covering a period of time for over two years of invoices.

3.  The additional time requested is required to adequately analyze and respond to the factual and legal issued raised by the Motion.

**WHEREFORE**, Defendants move that the extension of time as requested by granted.:

>THE DEFENDANTS
>NERI CONSTRUCTION, LLC, THE NERI
>CORP. and JOAN C. NERI
>
>by: _____
>Edwin L. Doernberger
>Saxe, Doernberger & Vita, P.C.
>1952 Whitney Avenue
>Hamden, CT 06517
>Tel. (203) 287-8890
>Fax. (203) 287-8847
>Fed. Bar No. ct05199

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on February 4, 2004:

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

David S. Doyle, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

_____
Edwin L. Doernberger