UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY | : | CIVIL ACTION NO. 302-CV-524(AWT) |
| Plaintiff | : | |
| v. | : | |
| NERI CONSTRUCTION, LLC, et. al. | : | |
| Defendants | : | FEBRUARY 11, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.Conn.L.Civ.R. 9(b)(3), defendants Neri Construction, LLC, The Neri Corp. and Joan Neri (hereinafter "Defendants") move for an extension of time of fifteen (15) days, i.e. from February 19, 2004 until March 5, 2004, within which to file Defendants' memorandum in opposition to United States Fidelity & Guaranty Company's Motion for Summary Judgment dated January 26, 2004 (the "Motion").

The undersigned represents that he spoke with Dennis C. Cavanaugh, counsel for plaintiff, on February 11, 2004, and there is no objection to the requested extension of time.

This is the first extension of time requested with respect to this matter.

The undersigned further represents that there is good cause for the granting of this request for extension of time for the following reasons:

*Extension GRANTED, to and including March 5, 2004. It is so ordered.*

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/13/04