FILED

2004 FEB 23 P 1: 54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY : <br> Plaintiff : <br> vs. : <br> : <br> NERI CONSTRUCTION, LLC, : <br> THE NERI CORP., JOAN C. NERI, : <br> VINCENT A. NERI and : <br> MICHELLE NERI : <br> Defendants : | CIVIL ACTION <br><br> CASE NO. 3:02CV524 (AWT) <br><br><br><br><br><br> FEBRUARY 17, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXTENSION OF TIME TO FILE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to D.Conn.L.Civ.R. 9(b)(3), defendants Vincent Neri and Michelle Neri move for an extension of time of fifteen (15) days from February 19, 2004 until March 5, 2004 within which to file a memorandum in opposition to United States Fidelity & Guaranty Company's Motion for Summary Judgment dated January 26, 2004. The undersigned represents that he spoke with Dennis Cavanaugh, counsel for the plaintiff, on February 17, 2004 and there is no objection to their request for an extension of time. This is the first extension of time requested with respect to this matter.

The undersigned further represents that there is good cause for the granting of this request for extension of time, in that the other defendants have moved for an extension of time dated February 11, 2004, again without objection from opposing counsel, and this extension of

time will allow all defendants to file a coordinated and consistent Memorandum in Opposition to the Motion.

WHEREFORE, defendants Vincent Neri and Michelle Neri move that the extension of time this is requested be granted.

          THE DEFENDANTS,
          VINCENT NERI and MICHELLE NERI

          By_____
          David S. Doyle
          The Marcus Law Firm
          111 Whitney Avenue
          New Haven, CT 06510
          (203) 787-5885
          Fed. Bar No. ct02987

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, by first class U.S. mail, postage prepaid, this 17th day of February, 2004, to:

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Ave.
Hamden, CT  06517

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum St.
Hartford, CT  06103

_____
David S. Doyle, Esq.