UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES FIDELITY &** | : | CIVIL ACTION |
| **GUARANTY COMPANY** | : | NO. 302-CV-524(AWT) |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **NERI CONSTRUCTION, LLC, et. al.** | : | |
| | : | |
| **Defendants** | : | MARCH 3, 2004 |

### MOTION FOR SECOND EXTENSION OF TIME TO FILE
### MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to D.Conn.L.Civ.R. 9(b)(3), defendants Neri Construction, LLC, The Neri Corp. and Joan Neri (hereinafter "Defendants") move for a second extension of time of seven (7) days, i.e. from March 5, 2004, until March 12, 2004, within which to file Defendants' memorandum in opposition to United States Fidelity & Guaranty Company's Motion for Summary Judgment dated January 26, 2004 (the "Motion").

The undersigned represents that he spoke with Dennis C. Cavanaugh, counsel for plaintiff, on March 2, 2004, with respect to this request and Attorney Cavanaugh was going to speak with his client. As of the filing of this motion, the undersigned has not yet heard from Attorney Cavanaugh and, therefore, cannot ascertain if there is an objection to this motion.

This is the second extension of time requested with respect to this matter.

The undersigned further represents that there is good cause for the granting of this request for extension of time for the following reasons:

1. The Motion was received at the office of the undersigned during the week of January 26, 2004, at which time the undersigned was on vacation and did not return until February 2, 2004.

2. The Motion is extensive, calling for detailed analysis of and response to multiple invoices and detailed entries on each of the invoices covering a period of time for over two years of invoices.

3. Since the filing of the original motion for extension of time on February 11, 2004, the undersigned has been involved in two major matters which were unanticipated at the time, to wit, (1) a trial in the matter of Jo-Ann Stores, Inc. v. Property Operating Co., LLC, the trial of which matter was begun, unexpectedly continued due to the illness of a witness, and completed during the previously granted extension period; and (2) a mediation in two companion cases, Amity Regional School District No. 5 v. C.W. Briggs & Associates, P.C., and C.W. Briggs & Associates, P.C. v. Amity Regional School District No. 5, which mediation also took place during the previously granted extension period.

4. The additional time requested is required to adequately analyze and respond to the factual and legal issued raised by the Motion i.e the analysis of over $120,000 in legal billings and the theories of recovery for such amounts, which analysis is further complicated by the fact that the claimed fees were incurred in two separate matters without an allocation as to each matter.

**WHEREFORE**, Defendants move that the extension of time as requested by granted.:

        THE DEFENDANTS
NERI CONSTRUCTION, LLC, THE NERI
CORP. and JOAN C. NERI

by: _____
Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
Fed. Bar No. ct05199

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on March 3, 2004:

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

David S. Doyle, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

_____
Edwin L. Doernberger