UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES FIDELITY &** | : | **CIVIL ACTION** |
| **GUARANTY COMPANY** | : | **NO. 302-CV-524(AWT)** |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **NERI CONSTRUCTION, LLC, et. al.** | : | |
| | : | |
| **Defendants** | : | **MARCH 4, 2004** |

## SUPPLEMENT TO MOTION FOR SECOND EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

In further support of Defendants Motion for second extension of time to file memorandum in opposition to motion for summary judgment dated March 3, 2004. The undersigned represents that he spoke with Peter Strniste, counsel for plaintiff, on March 4, 2004, with respect to this request and there is no objection to this motion.

**WHEREFORE**, Defendants move that the extension of time as requested be granted.:

THE DEFENDANTS
NERI CONSTRUCTION, LLC, THE NERI
CORP. and JOAN C. NERI

by: _/s/ Edwin L. Doernberger_
Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
Tel. (203) 287-8890
Fax. (203) 287-8847
Fed. Bar No. ct05199

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on March 4, 2004:

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

David S. Doyle, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

*[signature]*
Edwin L. Doernberger