UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY | : | CIVIL ACTION |
| Plaintiff | : | NO. 302-CV-524(AWT) |
| v. | : | |
| NERI CONSTRUCTION, LLC, et. al. | : | |
| Defendants | : | MARCH 3, 2004 |

### MOTION FOR SECOND EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to D.Conn.L.Civ.R. 9(b)(3), defendants Neri Construction, LLC, The Neri Corp. and Joan Neri (hereinafter "Defendants") move for a second extension of time of seven (7) days, i.e. from March 5, 2004, until March 12, 2004, within which to file Defendants' memorandum in opposition to United States Fidelity & Guaranty Company's Motion for Summary Judgment dated January 26, 2004 (the "Motion").

The undersigned represents that he spoke with Dennis C. Cavanaugh, counsel for plaintiff, on March 2, 2004, with respect to this request and Attorney Cavanaugh was going to speak with his client. As of the filing of this motion, the undersigned has not yet heard from Attorney Cavanaugh and, therefore, cannot ascertain if there is an objection to this motion.

This is the second extension of time requested with respect to this matter. The undersigned further represents that there is good cause for the granting of this request for extension of time for the following reasons:

Extension GRANTED, absent objection, to and including March 12, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/5/04