FILED

2004 MAR 18 P 12: 03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES FIDELITY<br>& GUARANTY COMPANY<br>Plaintiff | : <br>: <br>: | CIVIL ACTION |
| vs. | : | CASE NO. 3:02CV524 (AWT) |
| | : | |
| NERI CONSTRUCTION, LLC,<br>THE NERI CORP., JOAN C. NERI,<br>VINCENT A. NERI and<br>MICHELLE NERI | : <br>: <br>: <br>: | |
| Defendants | : | MARCH 16, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff United States Fidelity and Guaranty Co. ("USF&G") seeks summary judgment against Defendants Neri Construction, LLC, The Neri Corp., Joan C. Neri, Vincent Neri and Michelle Neri on identical theories of liability and damages. By way of memorandum dated March 12, 2004, the Defendants Neri Construction, LLC, Neri Corp., and Joan C. Neri have summarized the grounds for opposition to this Motion for Summary Judgment. Michelle Neri and Vincent Neri oppose the Motion for Summary Judgment on the identical grounds put forth in that Memorandum. Michelle Neri and Vincent Neri have no additional grounds which they wish to bring to this Court's attention, and move that, for all the reasons cited in the co-defendants' Memorandum, the Plaintiff's Motion for Summary Judgment against them be denied.

THE DEFENDANTS, VINCENT NERI,
MICHELLE NERI, and
NERI CONSTRUCTION, LLC

By_____
David S. Doyle
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT  06510
(203) 787-5885
FAX (203) 789-8705
Fed. Bar No. ct02987

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, by first class U.S. mail, this 16th day of March, 2004, to:

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum St.
Hartford, CT  06103

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Ave.
Hamden, CT  06517

_____
David S. Doyle