UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | : : : | CIVIL ACTION NO. 3:02CV524 (AWT) |
| Plaintiff, | : : | |
| V. | : : | |
| NERI CONSTRUCTION, LLC, ET AL. | : : : | |
| Defendants. | : | MARCH 29, 2004 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS', VINCENT AND MICHELLE NERI, MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT DATED MARCH 16, 2004**

Plaintiff, United States Fidelity & Guaranty Company ("USF&G" or the "Surety"), hereby objects to the Defendants, Vincent and Michelle Neri, Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment dated March 16, 2004 ((the "Opposition Memorandum" or "Opp. Mem.").

Defendants' Opposition Memorandum is untimely and should not be considered by the Court in deciding Plaintiff's Motion for Summary Judgment. On January 26, 2004, the Plaintiff filed its Motion for Summary Judgment and Memorandum of Law in Support thereof. In accordance with D. Conn. L. Civ. R. 7(a), the Defendants had twenty-one days, or until February 16, 2004, to file a Memorandum of Law in Opposition to the Motion for Summary Judgment and their Local Rule 56(a)(1) Statement along with and any opposing affidavits or other evidence. Id. On or about February 17, 2004, the Defendants, Vincent and Michelle Neri, moved the Court for an extension of time until March 5, 2004 to file a Memorandum of Law in Opposition to USF&G's Motion for Summary Judgment. The Plaintiff consented to this request for extension of time.

12123.0004

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Without seeking leave from this Court, on **March 16, 2004,** the Defendants, Vincent and Michelle Neri, filed a Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and their Local 56(a)(1) Statement. Notably, these Defendants did not file any affidavits in opposition to the Motion for Summary Judgment nor did their Opposition Memorandum contain any legal or factual analysis of the case. Rather, these Defendants avised the Court that "Michelle and Vincent Neri oppose the Motion for Summary Judgment on the identical grounds put forth" in the Memorandum in Opposition filed by Defendants, Neri Construction, LLC, the Neri Corp. and Joan Neri, filed by Attorney Doernberger on March 12, 2004.

The Defendants', Vincent and Michelle Neri, Opposition Memorandum and Rule 56(a)(1) Statement were untimely filed and should not be considered by the Court in deciding the Plaintiff's Motion for Summary Judgment.[1]

**WHEREFORE**, the Plaintiff requests the Court to sustain its Objection to Defendants', Vincent and Michelle Neri, Opposition Memorandum and Rule 56(a)(1) Statement and strike these filings from the record as untimely.

>   PLAINTIFF,
>   UNITED STATES FIDELITY
>   & GUARANTY COMPANY
>
>   By _____
>   Dennis C. Cavanaugh (ct05814)
>   Peter E. Strniste, Jr. (ct20830)
>   HALLORAN & SAGE LLP
>   Its Attorneys

---

[1]  In the event the Court should allow the untimely Opposition Memorandum, the Plaintiff respectfully adopts the arguments contained within its Reply Memorandum filed on March 26, 2004 in reply to Defendants', Vincent and Michelle Neri, Opposition Memorandum.

- 2 -

One Goodwin Square  HALLORAN  Phone (860) 522-6103
225 Asylum Street  & SAGE LLP  Fax (860) 548-0006
Hartford, CT 06103    Juris No. 26105

## CERTIFICATION

      This is to certify that on March 29, 2004, a copy of the foregoing was sent via U.S. Mail to the following:

| | |
|---|---|
| David S. Doyle, Esq.<br>Marcus Law Firm<br>111 Whitney Avenue<br>New Haven, CT 06510 | Edwin L. Doernberger, Esq.<br>Saxe, Doernberger & Vita, P.C.<br>1952 Whitney Avenue<br>Hamden, CT 06517 |

                                                    Peter E. Strniste, Jr.

532327_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105