UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | : : : | CIVIL ACTION NO. 3:02CV524 (AWT) |
| Plaintiff, | : : | |
| V. | : : | |
| NERI CONSTRUCTION, LLC, ET AL. | : : | |
| Defendants. | : | MARCH 26, 2004 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rule 7(f) of the Local Rules of this Court, the Plaintiff, United States Fidelity & Guaranty Company, hereby moves this Court for leave to file under seal the Plaintiff's attorney billing statements offered in support of its Motion for Summary Judgment. Counsel for the Defendants, Neri Construction, LLC, the Neri Corp., and Joan Neri, consents to the granting of this Motion. The billing statements in question are contained within the attached unsealed envelope bearing the caption and docket number of this case.

In support of this Motion, the Plaintiff represents as follows:

1. On January 26, 2004, the Plaintiff filed a Motion for Summary Judgment seeking indemnification from the Defendants for attorneys' fees and expenses incurred in the defense of claims against the Plaintiff's Performance Bond and in the prosecution of the present action. In support of this Motion for Summary Judgment, the Plaintiff offered attorney billing statements from which information protected by privilege was redacted.

2. The Defendants, Neri Construction, LLC, the Neri Corp. and Joan Neri, filed a Memorandum of Law in Opposition to the Motion for Summary Judgment wherein they claimed

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12123.0004
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

a right to inspect and analyze the un-redacted billing statements of the Plaintiff's counsel. They also objected to the Plaintiff's redactions of these billing statements.

      3.      Although the Plaintiff disagrees with the Defendants' asserted right, the Plaintiff desires to file its attorneys' un-redacted billing statements in further support of its Motion for Summary Judgment. The Plaintiff moves to file these documents under seal in order to protect any privileged information from non-parties. The Defendants, Neri Construction LLC, the Neri Corp. and Joan Neri, consent to Plaintiff's request that the non-redacted billing statements be filed under seal.

**WHEREFORE**, the Plaintiff respectfully moves for leave to file its attorneys' un-redacted billing statements under seal.

                                                  PLAINTIFF,
                                                  UNITED STATES FIDELITY
                                                  & GUARANTY COMPANY

                                      By _____
                                                Dennis C. Cavanaugh (ct05814)
                                                Peter E. Strniste, Jr. (ct20830)
                                                HALLORAN & SAGE LLP
                                                Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on March 26, 2004, a copy of the foregoing was either mailed via Federal Express, postage prepaid to:

| | |
|---|---|
| David S. Doyle, Esq. | Edwin L. Doernberger, Esq. |
| Marcus Law Firm | Saxe, Doernberger & Vita, P.C. |
| 111 Whitney Avenue | 1952 Whitney Avenue |
| New Haven, CT 06510 | Hamden, CT 06517 |

                                                                                                   _____

                                                                                                    Peter E. Strniste, Jr., Esq.

532198_1.doc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105