

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 29 A 11: 00

| UNITED STATES FIDELITY & GUARANTY CO. | : | CIVIL ACTION NO. 3:02CV524 (AWT) |
|---|---|---|
| Plaintiff, | : | |
| V. | : | |
| NERI CONSTRUCTION, LLC, ET AL. | : | |
| Defendants. | : | MARCH 26, 2004 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rule 7(f) of the Local Rules of this Court, the Plaintiff, United States Fidelity & Guaranty Company, hereby moves this Court for leave to file under seal the Plaintiff's attorney billing statements offered in support of its Motion for Summary Judgment. Counsel for the Defendants, Neri Construction, LLC, the Neri Corp., and Joan Neri, consents to the granting of this Motion. The billing statements in question are contained within the attached unsealed envelope bearing the caption and docket number of this case.

In support of this Motion, the Plaintiff represents as follows:

1. On January 26, 2004, the Plaintiff filed a Motion for Summary Judgment seeking indemnification from the Defendants for attorneys' fees and expenses incurred in the defense of claims against the Plaintiff's Performance Bond and in the prosecution of the present action. In support of this Motion for Summary Judgment, the Plaintiff offered attorney billing statements from which information protected by privilege was redacted.

2. The Defendants, Neri Construction, LLC, the Neri Corp. and Joan Neri, filed a Memorandum of Law in Opposition to the Motion for Summary Judgment wherein they claimed

**GRANTED. It is so ordered.**

**Alvin W. Thompson, U.S.D.J.**
Hartford, CT  3/30/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12123.0004

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105