UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | : | CIVIL ACTION NO. 3:02CV524 (AWT) |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, ET AL. | : | |
| Defendants. | : | AUGUST 23, 2004 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rule 5(d) of the Local Rules of this Court, the Plaintiff, United States Fidelity & Guaranty Company, hereby moves this Court for leave to file under seal a Supplemental Affidavit of Attorneys' Fees and additional supporting attorney billing statements in further support of its Motion for Summary Judgment. The Supplemental Affidavit of Attorneys' Fees and additional billing statements in question are contained within the attached unsealed envelope bearing the caption and docket number of this case.

In support of this Motion, the Plaintiff represents as follows:

1. On January 26, 2004, the Plaintiff filed a Motion for Summary Judgment seeking indemnification from the Defendants for attorneys' fees and expenses incurred in the defense of claims against the Plaintiff's Performance Bond and in the prosecution of the present action. In support of this Motion for Summary Judgment, the Plaintiff offered attorney billing statements from which information protected by privilege was redacted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12123.0004
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

2. The Defendants, Neri Construction, LLC, the Neri Corp. and Joan Neri, filed a Memorandum of Law in Opposition to the Motion for Summary Judgment wherein they claimed a right to inspect and analyze the un-redacted billing statements of the Plaintiff's counsel. They also objected to the Plaintiff's redactions of these billing statements.

3. Although the Plaintiff disagrees with the Defendants' asserted right, the Plaintiff desired to file its attorneys' un-redacted billing statements in further support of its Motion for Summary Judgment. After obtaining leave from the Court pursuant to Plaintiff's March 26, 2004 Motion for Leave to File Under Seal, the Plaintiff furnished the Court with its un-redacted billing statements from the inception of this matter through February 24, 2004.

4. Since February 2004, the Plaintiff has incurred additional attorneys' fees and costs in successfully defending Elm Haven Limited Partnership's appeal of the award of summary judgment in favor of the Surety in the litigation captioned <u>Elm Haven Limited Partnership v. Neri Construction, LLC, et al.</u> The Second Circuit Court of Appeals recently affirmed the District Court's grant of summary judgment in favor of the Surety. The Surety has also incurred additional attorneys' fees and costs in defending the Defendants' appeal of this Court's Order of Preliminary Injunction, which is presently pending before the United States Court of Appeals for the Second Circuit.

5. As a result of the foregoing, the Plaintiff desires to file a Supplemental Affidavit of Attorneys' Fees in further support of its Motion for Summary Judgment and wishes to attach to this affidavit its attorneys' un-redacted billing statements from February 24, 2002 through June 30, 2004 in further support of its Motion for Summary

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Judgment. The Plaintiff moves to file these documents under seal in order to protect any privileged information from non-parties.

Counsel for Defendants, Neri Construction, LLC, The Neri Corp. and Joan Neri, consents to the granting of this Motion. Counsel for Defendants, Vincent and Michelle Neri, advised that he could take no position on Plaintiff's Motion because he no longer represents Vincent and Michelle Neri and intends to withdraw his Appearance in the near future.

**WHEREFORE**, the Plaintiff respectfully moves for leave to file its Supplemental Affidavit of Attorneys' Fees and Costs and its attorneys' un-redacted billing statements under seal.

                                                                                       PLAINTIFF,
                                                                                       UNITED STATES FIDELITY
                                                                                       & GUARANTY COMPANY

                                                                                       By: _____
                                                                                       Dennis C. Cavanaugh (ct05814)
                                                                                       Peter E. Strniste, Jr. (ct20830)
                                                                                       HALLORAN & SAGE LLP
                                                                                       Its Attorneys

- 3 -

## CERTIFICATION

This is to certify that on August 23, 2004, a copy of the foregoing was either mailed via Federal Express, postage prepaid to:

David S. Doyle, Esq.
Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

_____
Peter E. Strniste, Jr., Esq.

585274_1 DOC

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105