

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 24 A 10: 53
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY CO.,<br><br>Plaintiff,<br><br>V.<br><br>NERI CONSTRUCTION, LLC, ET AL.<br><br>Defendants. | CIVIL ACTION NO.<br>3:02CV524 (AWT)<br><br><br><br><br><br><br>AUGUST 23, 2004 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rule 5(d) of the Local Rules of this Court, the Plaintiff, United States Fidelity & Guaranty Company, hereby moves this Court for leave to file under seal a Supplemental Affidavit of Attorneys' Fees and additional supporting attorney billing statements in further support of its Motion for Summary Judgment. The Supplemental Affidavit of Attorneys' Fees and additional billing statements in question are contained within the attached unsealed envelope bearing the caption and docket number of this case.

In support of this Motion, the Plaintiff represents as follows:

1. On January 26, 2004, the Plaintiff filed a Motion for Summary Judgment seeking indemnification from the Defendants for attorneys' fees and expenses incurred in the defense of claims against the Plaintiff's Performance Bond and in the prosecution of the present action. In support of this Motion for Summary Judgment, the Plaintiff offered attorney billing statements from which information protected by privilege was redacted.

FILED 2004 SEP -3 P 1:51 U.S. DISTRICT COURT HARTFORD, CT

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   9/3/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12123.0004
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105