UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | : | CIVIL ACTION NO. 3:02CV524 (AWT) |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, ET AL. | : | |
| Defendants. | : | SEPTEMBER 7, 2006 |

### PLAINTIFF'S MOTION FOR STATUS CONFERENCE

The Plaintiff, United States Fidelity & Guaranty Company ("USF&G" or the "Surety"), hereby moves this Court to schedule a Status Conference in the above-captioned matter. As grounds for this Motion, the Plaintiff states that there has been no activity in this action since October 19, 2004, when the Court of Appeals issued its Summary Order on the Plaintiff's Motion for Preliminary Injunction as to the Plaintiff's collateral rights, remanding said motion for further proceedings. Prior to the issuance of the Summary Order, the Plaintiff filed a Motion for Summary Judgment as to the Plaintiff's rights to indemnity on January 26, 2004. The Defendants filed their respective Memorandums in Opposition on March 12 and 18, 2004. The Plaintiff filed its Reply those Oppositions on March 29, 2004. As of the date of this Motion, the Court has not adjudicated the Plaintiff's Motion for Summary Judgment.

Under Fed. R. Civ. P. Rule 16(c), the disposition of pending motions is an appropriate subject for consideration at a Pretrial Conference. Although the Plaintiff is requesting a Status Conference rather than a Pretrial Conference, the use of a Status Conference to discuss the

HARTFORD 140975v1

disposition of the Plaintiff's Motion for Summary Judgment is nevertheless appropriate as said motion has been pending for over two years. Moreover, there has been no activity in this action since October 2004.

**WHEREFORE**, the Plaintiff requests the Court to grant its Motion for Status Conference.

PLAINTIFF,
UNITED STATES FIDELITY
& GUARANTY COMPANY

By _____
Dennis C. Cavanaugh (ct05814)
Brown Raysman Millstein Felder & Steiner LLP
City Place II, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6400
Fax: (860) 275-6410
Its Attorneys

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP • CITYPLACE II • 185 ASYLUM STREET • HARTFORD, CONNECTICUT 06103 • (860) 275-6400 • FAX (860) 275-6410 • JURIS NO. 409126

HARTFORD 140975v1

## CERTIFICATION

This is to certify that on September 7, 2006, a copy of the foregoing was sent via U.S. Mail to the following:

David S. Doyle, Esq.  
Marcus Law Firm  
111 Whitney Avenue  
New Haven, CT 06510

Edwin L. Doernberger, Esq.  
Saxe, Doernberger & Vita, P.C.  
1952 Whitney Avenue  
Hamden, CT 06517

Dennis C. Cavanaugh

CITYPLACE II • 185 ASYLUM STREET • BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP • HARTFORD, CONNECTICUT 06103 • (860) 275-6400 • FAX (860) 275-6410 • JURIS NO. 409126

HARTFORD 140975v1