UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY | : |
| | : |
| v. | : CASE NO. 3:02CV524 (AWT) |
| | : |
| NERI CONSTRUCTION LLC, THE NERI CORPORATION, JOAN C. NERI, VINCENT A. NERI, and MICHELLE NERI | : |

## PARTIAL JUDGMENT

This action came on for consideration of the plaintiff's motion for summary judgment on Count III of its complaint before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and the court filed a ruling, which granted in part and denied without prejudice in part the plaintiff's motion for summary judgment.

The plaintiff's motion for summary judgment was granted on the issue of the defendants' liability for reasonable attorneys' fees, costs and expenses incurred by USF&G in the EHC action and in this enforcement action. The plaintiff's motion for summary judgment was denied without prejudice as to the amount of attorneys' fees, costs and expenses incurred by USF&G in connection with the EHC action. The plaintiff's motion for summary judgment as to administrative and other expenses was denied without prejudice.

-2-

In its ruling, the court noted that the plaintiff must identify which of these expenses are attributable to the EHC action and which are attributable to this enforcement action. Also, the court stated it will determine the amount of any anticipated fees based on a subsequent application. Thereafter, the court will conduct a hearing on the amount of the attorneys' fees and expenses that will be awarded in connection with the EHC action and this enforcement action.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff United States Fidelity & Guaranty Company on the issue of liability for USF&G's attorneys' fees, costs and expenses in the EHC action and in this enforcement action.

Dated at Hartford, Connecticut, this 5th day of October, 2006.

                                              KEVIN F. ROWE, Clerk

                                              By _____/s/_____
                                                   Sandra Smith
                                                   Deputy Clerk