UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY<br>& GUARANTY CO.,<br>    Plaintiff, | :<br>:<br>: | CIVIL DOCKET NO.<br>3:02CV524 (AWT) |
| | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION, LLC,<br>THE NERI CORP., JOAN C. NERI,<br>VINCENT A. NERI and MICHELLE NERI<br>    Defendants. | :<br>:<br>:<br>: | <br><br><br>OCTOBER 27, 2006 |

## SUPPLEMENTAL APPLICATION FOR COSTS AND ATTORNEYS' FEES

Pursuant to this Court's Order dated September 28, 2006, the Plaintiff, United States Fidelity & Guaranty Company (the "Surety") hereby submits this Supplemental Application for Costs and Attorney's Fees.

On January 26, 2004, the Surety filed a Motion for Summary Judgment to enforce certain indemnity obligations of the Defendants Neri Construction, LLC, The Neri Corporation, Joan C. Neri, Vincent A. Neri and Michelle Neri. On September 28, 2006, the Court issued its ruling on the Surety's Motion for Summary Judgment. The Court ruled that the Defendants were liable to the Surety for attorneys' fees and costs incurred by the Surety in the *Enforcement Action* and the *Elm Haven Construction Action* (the "*EHC Action*"), but denied, without prejudice, the Surety's Motion on the <u>amounts</u> of fees and costs incurred. The Court also ordered the Surety to submit a Supplemental Application identifying the Surety's costs and fees by specific action.

HARTFORD 143445v2

In support of this Supplemental Application for Costs and Attorneys' Fees, the Surety has attached an affidavit from Dennis C. Cavanaugh, Esq. The attached affidavit identifies which costs and fees were attributable to the *EHC Action* and which were attributable to the *Enforcement Action*. It also provides those billing statements for attorneys' fees incurred by the Surety from August 1, 2004 through September 30, 2006 not previously furnished to the Court.

WHEREFORE, the Surety respectfully requests that this Court enters full and final judgment in favor of the Plaintiff and award it the attorneys' fees and costs incurred in the *EHC Action* and *Enforcement Action* as set forth in the attached Affidavit.

        PLAINTIFF,
        UNITED STATES FIDELITY
        & GUARANTY COMPANY

        By: _____
        Dennis C. Cavanaugh (ct05814)
        Brown Raysman Millstein Felder &
        Steiner LLP
        City Place II, 185 Asylum Street
        Hartford, CT 06103
        Telephone: (860) 275-6400
        Fax: (860) 275-6410
        Its Attorneys

HARTFORD 143445v2

## CERTIFICATION

I hereby certify that on the 27th day of October, 2006, a copy of the foregoing Supplemental Application for Costs and Attorney's Fees was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

David S. Doyle, Esq.
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

Jaime M. LaMere, Esq.
Cramer & Anderson
46 West Street
P.O. Box 278
Litchfield, CT 06759

Dennis C. Cavanaugh

HARTFORD 143445v2