UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY | : | CIVIL DOCKET NO. |
| & GUARANTY CO., | : | 3:02CV524 (AWT) |
|    Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, | : | |
| THE NERI CORP., JOAN C. NERI, | : | |
| VINCENT A. NERI and MICHELLE NERI | : | |
|    Defendants. | : | OCTOBER 27, 2006 |

## SUPPLEMENTAL AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

Personally appeared, *Dennis C. Cavanaugh*, who being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and understand the meaning and obligations of an oath;

2. I am a partner of the law firm of Brown, Raysman, Millstein, Felder & Steiner LLP, and counsel for the Plaintiff, United States Fidelity & Guaranty Company (the "Surety"), in the above referenced action.

3. I am personally familiar with the facts herein and believe them to be true and accurate to the best of my knowledge and belief.

4. From the commencement of the *EHC Action* and the *Enforcement Action*, giving rise to these proceedings through October 4, 2006, the Plaintiff has incurred attorneys' fees and expenses in the amount of **$147,350.79**.

HARTFORD 142370v1

5. The billing statements to the Surety for attorneys' fees and costs incurred with respect to this matter through August 31, 2002 were attached as Exhibit A to Plaintiff's Motion for Preliminary Injunction dated September 19, 2002.

6. The billing statements to the Surety for attorneys' fees and costs incurred with respect to this matter from September 1, 2002 through November 30, 2002 were attached to correspondence sent from counsel to USF&G to counsel for the defendants dated January 23, 2003.

7. The billing statements to the Surety for attorneys' fees and costs incurred with respect to this matter from December 1, 2002 through December 31, 2002 were attached as Exhibit 1 to Plaintiff's January 26, 2004 Affidavit of Dennis C. Cavanaugh.

8. The billed statements to the Surety for attorneys' fees and costs incurred with respect to this matter from July 3, 2001 through February 24, 2004 were offered submitted to the Court under seal in accordance with the Court's March 29, 2004 Order granting Plaintiff's Motion for Leave to File Under Seal.

9. The billing statements to the Surety for attorneys' fees and costs incurred with respect to these matters from February 25, 2004 through July 29, 2004 were offered submitted to the Court in accordance with Plaintiff's August 23, 2004 Supplemental Affidavit of Attorneys' Fees and Costs in Support of Plaintiff's Motion for Summary Judgment.

2

10. The Surety incurred additional legal fees and costs between August 1, 2004 and September 30, 2006 in the amount of **$1,166.32**. All billing statements to the Surety for attorneys' fees and costs incurred with respect to these matters not previously submitted to the Court are attached hereto as **Exhibit A**.

11. Additional fees and costs continue to accrue for these matters.

12. A breakdown of all attorneys' fees and costs incurred with respect to these matters from July, 2001 through September 29, 2006, is attached hereto as **Exhibit B**.

13. The attorneys' fees in this matter were based solely upon hours actually expended.

14. As part of Halloran &Sage's agreement with the Surety to provide professional services, the Surety was billed on a monthly basis at the rates of $175 per hour for partners, $145 per hour for associates and $90 per hour for paralegals.

15. As part of my current firm's agreement with the Surety to provide professional services, including those related to this litigation, we continue to bill the Surety on a monthly basis at the rates of $175 per hour for partners, $145 per hour for associates and $90 per hour for paralegals.

16. Considering the financial institutional nature of and the volume of work performed annually for the Surety, the rates set forth above are below the average rates other counsel in this market would charge for such services given the nature and complexity of same.

HARTFORD 142370v1

17. I make this Supplemental Affidavit in accordance with the September 28, 2006 Order by Judge Thompson.

Dated at Hartford, Connecticut this the 27th day of October 2006.

_____
Dennis C. Cavanaugh, Esq.

Subscribed and sworn before me this the 27th day of October 2006.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My Commission Expires:~~

# EXHIBIT A

March 28, 2005

Bill Number 15305
File Number 020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru February 28, 2005

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 02/03/05 | DCC | receipt telephone call from USDC Judge's law clerk re: outstanding matters pending before District Court | 0.30 Hrs |
| 02/11/05 | DCC | receipt telephone call (voice mail) from Surety | 0.10 Hrs |
| 02/15/05 | DCC | receipt telephone call and report with Surety counsel re: resolution of bad faith lawsuit | 0.40 Hrs |
| 02/16/05 | DCC | draft correspondence to extra-contractual claims counsel | 0.30 Hrs |
| 02/17/05 | DCC | draft correspondence to extra-contractual claims counsel with prior report and attachment to Surety re: resolution of claim without cost to Surety | 0.50 Hrs |

TOTAL LEGAL SERVICES    $280.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Dennis C. Cavanaugh | 1.60 Hrs | 175/hr | $280.00 |
| | 1.60 Hrs | | $280.00 |

TOTAL THIS BILL    $280.00

PAYABLE IN 30 DAYS
Tax ID 13-3135180

Page 1

June 21, 2005

Bill Number 34374
File Number 020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru May 31, 2005

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 01/04/05 | PES | telephone conversation with Attorney John Watts, counsel for Town of Westbrook, regarding status of foreclosure action and value of subject property; | 0.20 Hrs |
| 05/11/05 | DCC | review file following receipt and reply to e-mail correspondence from Surety | 0.50 Hrs |
| 05/13/05 | DCC | additional telephone inquiry with USDC | 0.20 Hrs |
| 05/16/05 | DCC | telephone voice mail to Surety followed by e-mail report to same | 0.20 Hrs |
| 05/17/05 | DCC | receipt and reply to e-mail correspondence from Surety | 0.20 Hrs |

TOTAL LEGAL SERVICES  $221.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Peter E. Strniste | 0.20 Hrs | 145/hr | $29.00 |
| Dennis C. Cavanaugh | 1.10 Hrs | 175/hr | $192.50 |
| | 1.30 Hrs | | $221.50 |

Page 1

Attn: Sherrie Monteiro AFSB
Re: Neri Construction, LLC

**DISBURSEMENTS**

| | |
|---|---|
| Photocopy | $0.80 |
| TOTAL DISBURSEMENTS | $0.80 |
| TOTAL THIS BILL | $222.30 |

PAYABLE IN 30 DAYS
Tax ID 13-3135180

November 16, 2005

Bill Number 68044

File Number 020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru October 31, 2005

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 10/11/05 | DCC | receipt, review and respond to e-mail correspondence from Surety | 0.30 Hrs |
| 10/19/05 | DCC | inquiry with USDC Judge regarding status of Motion for Summary Judgement and report findings to Surety | 0.40 Hrs |

|  | TOTAL LEGAL SERVICES | $122.50 |
|---|---|---|

**LEGAL SERVICES SUMMARY**

| Dennis C. Cavanaugh | 0.70 Hrs | 175/hr | $122.50 |
|---|---|---|---|
|  | 0.70 Hrs |  | $122.50 |

**DISBURSEMENTS**

| Photocopy |  | $0.40 |
|---|---|---|
|  | TOTAL DISBURSEMENTS | $0.40 |

Attn: Sherrie Monteiro AFSB

                                                  **TOTAL THIS BILL**    $122.90

                        **PAYABLE IN 30 DAYS**
                          Tax ID 13-3135180

December 23, 2005

Bill Number  75752

File Number  020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru November 30, 2005

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 11/11/05 | PES | receipt and review of pleadings from Town of Westbrook regarding pending foreclosure matter; | 0.20 Hrs |

|  |  | TOTAL LEGAL SERVICES | $29.00 |

**LEGAL SERVICES SUMMARY**

| Peter E. Strniste | 0.20 Hrs | 145/hr | $29.00 |
|  | 0.20 Hrs |  | $29.00 |

TOTAL THIS BILL  $29.00

PAYABLE IN 30 DAYS
Tax ID 13-3135180

Page 1

**BROWN RAYSMAN**

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP

October 17, 2006

Bill Number 37140
File Number 020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru September 30, 2006

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 04/26/06 | DCC | receipt and review e-filing notice from USDC | 0.10 Hrs |
| 08/25/06 | DCC | strategy conference concerning inaction on Surety's long-standing Motion for Summary Judgment | 0.30 Hrs |
| 08/25/06 | CMB | commence draft of interim report to Surety; review status of indemnity litigation and underlying litigation between Neri and Elm Haven and teleconference with District Court Clerk regarding lack of activity by the court in this case | 1.00 Hrs |
| 08/29/06 | CMB | teleconference with Court Clerk regarding Surety's Motion for Summary Judgment | 0.10 Hrs |
| 09/05/06 | CMB | teleconference with Court Clerk regarding adjudication of Surety's Motion for Summary Judgment | 0.20 Hrs |
| 09/06/06 | DCC | review and approve with edits Motion for Status Conference | 0.20 Hrs |
| 09/06/06 | PB | search the Connecticut Secretary of State for current corporate information as to Neri Corp., and Neri Realty; search the Clinton and Westbrook Connecticut Assessor's databases for current property ownership information as to Neri Corp, Neri Realty, Vincent and Michelle Neri, and Joan Neri; contact the Westbrook Assessor to confirm findings; prepare memorandum of findings; | 1.00 Hrs |

BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP CITYPLACE II 185 ASYLUM STREET HARTFORD CT 06103 T 860-275-6400 F 860-275-6410 brownraysman.com

Attn: Sherrie Monteiro AFSB
Re: Neri Construction, LLC

| Date | Atty | Description | Time |
|---|---|---|---|
| 09/06/06 | CMB | draft Motion for Status Conference to bring to court's attention the need for adjudication of Surety's Motion for Summary Judgment | 1.00 Hrs |
| 09/06/06 | CMB | draft correspondence to Surety regarding status of its Motion for Summary Judgment against Neri and our filing of a Motion for Status Conference | 0.70 Hrs |
| 09/29/06 | DCC | receipt, review and analyze order and memorandum of decision on Surety's Motion for Summary Judgment granting same and order and memorandum of decision on Surety's Motion for Contempt denying same; draft report of same to Surety; commence preparation of Application for final order on Attorneys' fees, including conference with paralegal | 2.30 Hrs |
| 09/29/06 | PB | commence to drafting Supplemental Application to court in accordance with Order requiring breakdown of attorneys' fees and costs by EHC and Enforcement actions; begin detailed review and analysis of attorneys billing in preparation of Supplemental Application; | 1.20 Hrs |

                                                                **TOTAL LEGAL SERVICES**    **$1,140.50**

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Dennis C. Cavanaugh | 2.90 Hrs | 175/hr | $507.50 |
| Peggy Beaupre | 2.20 Hrs | 90/hr | $198.00 |
| Christopher M. Bunge | 3.00 Hrs | 145/hr | $435.00 |
| | 8.10 Hrs | | $1,140.50 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopy | $25.50 |
| Telephone | $0.32 |

                                                                 **TOTAL DISBURSEMENTS**    **$25.82**

Attn: Sherrie Monteiro AFSB

|  |  |
|---|---|
| TOTAL THIS BILL | $1,166.32 |

PAYABLE IN 30 DAYS
Tax ID 13-3135180

# EXHIBIT B

## EXHIBIT B

| Elm Haven Action | | | Enforcement Action | | |
|---|---|---|---|---|---|
| **Statement Date** | **Fees** | **Costs** | **Statement Date** | **Fees** | **Costs** |
| September 27, 2001 | $ 1,468.00 | $ 72.68 | September 27, 2001 | | |
| November 16, 2001 | $ 3,929.50 | $ 75.24 | November 16, 2001 | | |
| December 18, 2001 | $ 3,988.50 | $ 70.96 | December 18, 2001 | | |
| January 25, 2002 | $ 3,201.00 | $ 69.83 | January 25, 2002 | $ 555.00 | $ 15.90 |
| February 22, 2002 | $ 1,646.00 | $ 597.74 | February 22, 2002 | $ 1,016.50 | |
| April 18, 2002 | $ 1,160.00 | $ 201.64 | April 18, 2002 | $ 965.00 | |
| March 22, 2002 | $ 2,361.00 | $ 255.07 | March 22, 2002 | $ 1,351.00 | |
| May 24, 2002 | $ 2,071.00 | $ 405.71 | May 24, 2002 | $ 1,158.50 | |
| June 26, 2002 | $ 2,393.50 | $ 582.30 | June 26, 2002 | $ 4,598.00 | $ 582.30 |
| July 16, 2002 | $ 293.00 | $ 102.30 | July 16, 2002 | $ 3,905.00 | $ 102.30 |
| September 19, 2002 | $ 119.50 | $ 8.00 | September 19, 2002 | $ 381.50 | $ 18.95 |
| August 30, 2002 | $ 75.50 | | August 30, 2002 | $ 2,206.00 | $ 566.95 |
| October 14, 2002 | $ 4,328.50 | $ 84.00 | October 14, 2002 | $ 3,053.00 | $ 357.39 |
| November 21, 2002 | $ 13,557.50 | $ 80.10 | November 21, 2002 | $ 1,311.50 | $ 248.14 |
| December 23, 2002 | $ 1,032.75 | | December 23, 2002 | $ 2,883.75 | $ 112.87 |
| January 22, 2003 | $ 840.00 | | January 22, 2003 | $ 8,317.50 | $ 621.70 |
| February 13, 2003 | $ 2,096.50 | $ 93.50 | February 13, 2003 | $ 3,314.50 | $ 341.38 |
| March 20, 2003 | $ 1,921.00 | $ 75.92 | March 20, 2003 | $ 87.50 | |
| April 23, 2003 | $ 3,683.00 | $ 98.11 | April 23, 2003 | $ 835.00 | |
| May 30, 2003 | $ 805.50 | $ 17.26 | May 30, 2003 | $ 1,521.00 | $ 172.86 |
| June 30, 2003 | $ 87.50 | | June 30, 2003 | $ 6,039.00 | $ 365.57 |
| July 15, 2003 | $ 1,749.00 | $ 64.89 | July 15, 2003 | $ 195.00 | |
| September 29, 2003 | $ 396.00 | $ 98.97 | September 29, 2003 | $ 4,735.00 | $ 92.37 |
| October 17, 2003 | $ 507.50 | $ 209.40 | October 17, 2003 | $ 335.50 | $ 209.40 |
| November 19, 2003 | $ 381.50 | $ 23.30 | November 19, 2003 | $ 542.50 | $ 23.30 |
| December 18, 2003 | $ 64.00 | | December 18, 2003 | $ 122.50 | $ 8.40 |
| January 29, 2004 | | | January 29, 2004 | $ 4,249.00 | $ 23.40 |
| February 23, 2004 | $ 443.00 | $ 60.17 | February 23, 2004 | $ 4,444.50 | $ 23.30 |
| March 17, 2004 | $ 1,399.80 | $ 21.60 | March 17, 2004 | $ 107.70 | $ 21.60 |
| April 27, 2004 | $ 5,081.00 | $ 327.18 | April 27, 2004 | | |
| May 27, 2004 | $ 9,699.50 | $ 324.23 | May 27, 2004 | | |
| June 30, 2004 | $ 382.00 | $ 17.75 | June 30, 2004 | | |
| July 20, 2004 | $ 6,379.00 | $ 620.56 | July 20, 2004 | | |
| August 20, 2004 | $ 35.00 | $ 7.00 | August 20, 2004 | $ 669.50 | $ 7.00 |
| March 28, 2005 | $ 210.00 | | March 28, 2005 | $ 70.00 | $ |
| June 21, 2005 | | | June 21, 2005 | $ 221.50 | $ 0.80 |
| November 16, 2005 | | | November 16, 2005 | $ 122.50 | $ |
| December 23, 2005 | | | December 23, 2005 | $ 511.00 | $ |
| April 26, 2006 | | | April 26, 2006 | $ 17.50 | |
| October 17, 2006 | | | October 17, 2006 | $ 1,140.50 | $ 25.82 |
| **TOTALS** | **$ 77,786.05** | **$ 4,665.41  $ 82,451.46** | **TOTALS** | **$ 60,983.45** | **$ 3,915.88  $ 64,899.33** |