UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY | : | CIVIL ACTION |
| | : | NO. 302-CV-524(AWT) |
| Plaintiff | : | |
| v. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, et. al. | : | |
| | : | |
| Defendants | : | November 15, 2004 |

MOTION FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO CLAIMS FOR ATTORNEYS' FEES AND EXPENSES

Pursuant to D.Conn.L.Civ.R. 9(b)(3), defendants Neri Construction, LLC, The Neri Corp. and Joan Neri (hereinafter "Defendants") move for an extension of time of eleven (11) days, i.e. from November 17, 2006 until November 28, 2006, within which to file any additional objections to the amount of attorney's fees, costs and expenses claimed by United States Fidelity & Guaranty Company.

The undersigned represents that he spoke with Dennis C. Cavanaugh, counsel for plaintiff, on November 15, 2006, and plaintiff consents to the requested extension of time.

This is the first extension of time requested with respect to this matter.

The undersigned further represents that there is good cause for the granting of this request for extension of time for the following reasons:

  1.  Supplemental information regarding the detailed billing was received by the undersigned on November 8, 2006.

2.     The supplemental information is extensive, calling for detailed analysis of and response to multiple invoices and detailed entries on each of the invoices covering a period of time for over two years of invoices.

3.     The additional time requested is required to adequately analyze and respond to the factual and legal issued raised by the Motion.

**WHEREFORE**, Defendants move that the extension of time as requested by granted.:

        THE DEFENDANTS
        NERI CONSTRUCTION, LLC, THE NERI
        CORP. and JOAN C. NERI

        by: _____
        Edwin L. Doernberger
        Saxe, Doernberger & Vita, P.C.
        1952 Whitney Avenue
        Hamden, CT 06517
        Tel. (203) 287-8890
        Fax. (203) 287-8847
        Fed. Bar No. ct05199

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on November 15, 2006:

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

David S. Doyle, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

_____
Edwin L. Doernberger