

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY<br>& GUARANTY CO.,<br>    Plaintiff, | :<br>:<br>:<br>: | CIVIL DOCKET NO.<br>3:02CV524 (AWT) |
| V. | : | |
| NERI CONSTRUCTION, LLC,<br>THE NERI CORP., JOAN C. NERI,<br>VINCENT A. NERI and MICHELLE NERI<br>    Defendants. | :<br>:<br>:<br>:<br>: | <br><br><br><br>DECEMBER 13, 2006 |

## SUPPLEMENTAL AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

Personally appeared, *Dennis C. Cavanaugh*, who being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and understand the meaning and obligations of an oath;

2. I am a partner of the law firm of Thelen, Reid, Brown, Raysman & Steiner LLP, and counsel for the Plaintiff, United States Fidelity & Guaranty Company (the "Surety"), in the above referenced action.

3. I am personally familiar with the facts herein and believe them to be true and accurate to the best of my knowledge and belief.

HARTFORD 145882v1

4. From the commencement of the *EHC Action* and the *Enforcement Action*, giving rise to these proceedings through November 30, 2006, the Plaintiff has incurred attorneys' fees and expenses in the amount of **$150,836.69.**

5. The billing statements to the Surety for attorneys' fees and costs incurred with respect to this matter from August 1, 2004 and September 30, 2006 were offered submitted to the Court in accordance with Plaintiff's October 27, 2006 Supplemental Affidavit of Attorneys' Fees and Costs in Support of Plaintiff's Supplemental Application.

6. Additional fees and costs continue to accrue for these matters.

7. A breakdown of all attorneys' fees and costs incurred with respect to these matters from September 30, 2006 through November 30, 2006, is attached hereto as **Exhibit A**.

8. The attorneys' fees in this matter were based solely upon hours actually expended.

9. As part of my current firm's agreement with the Surety to provide professional services, including those related to this litigation, we continue to bill the Surety on a monthly basis at the rates of $175 per hour for partners, $145 per hour for associates and $90 per hour for paralegals.

10. Considering the financial institutional nature of and the volume of work performed annually for the Surety, the rates set forth above are below the average rates other counsel in this market would charge for such services given the nature and complexity of same.

11. I make this Supplemental Affidavit in accordance with the September 28, 2006 Order by Judge Thompson.

Dated at Hartford, Connecticut this the 13th day of December 2006.

_____
Dennis C. Cavanaugh, Esq.

Subscribed and sworn before me this the 13th day of December 2006.

_____
Notary Public
My Commission Expires:

PEGGY P. BEAUPRE
NOTARY PUBLIC
MY COMMISSION EXPIRES 6/30/2010

3

# EXHIBIT A

November 13, 2006

Bill Number  42412
File Number  020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru October 31, 2006

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 10/02/06 | PB | review of attorney billing per Court Order (August 2002 - January 2003) ... | 2.90 Hrs |
| 10/03/06 | PB | continued review of attorney billing in preparation of supplemental application per Court's Order; calculate attorneys fees and costs from review of attorneys billings and incorporate into supplemental application; discuss with responsible attorney (Attorney Cavanaugh) drafting of Supplemental Application; | 3.70 Hrs |
| 10/04/06 | PB | continued review of attorneys bills and costs; continue preparation of fee and cost chart summarizing all billing by EHC or Enforcement actions; continue drafting Supplemental Application reflecting attorneys' fees and costs; | 5.30 Hrs |
| 10/09/06 | DCC | assist in drafting supplemental submittals in support of quantification of indemnity loss | 1.00 Hrs |
| 10/09/06 | PB | continue review and revision to attorneys billing and costs report to be included with affidavit of attorneys fees in accordance with court's order; update affidavit of attorneys fees accordingly; | 3.20 Hrs |
| 10/10/06 | PB | finalize Supplemental Affidavit of attorneys fees, and detailed breakdown of billings, as ordered by the court on September 28, 2006; gather exhibits to supplemental affidavit; | 1.00 Hrs |

Page 1

Attn: Sherrie Monteiro AFSB
Re: Neri Construction, LLC

| Date | Atty | Description | Time |
|---|---|---|---|
| 10/20/06 | DCC | revise draft Supplemental Application per Partial Summary Judgment Order | 1.20 Hrs |
| 10/24/06 | PB | assist responsible attorney (Christopher Bunge) with preparation of pleadings and review of attorneys billing; | 0.50 Hrs |
| 10/27/06 | DCC | finalize Affidavit and Supplemental Motion for Summary Judgment; execute same; receipt and review e-filing notice from USDC | 0.70 Hrs |
| 10/31/06 | DCC | review and approve with edits report to Surety | 0.30 Hrs |
| 10/31/06 | CMB | draft status update letter to Surety regarding recovery of attorneys' fees incurred in the enforcement and Elm Haven actions | 0.60 Hrs |

TOTAL LEGAL SERVICES $2,141.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Dennis C. Cavanaugh | 3.20 Hrs | 175/hr | $560.00 |
| Peggy Beaupre | 16.60 Hrs | 90/hr | $1,494.00 |
| Christopher M. Bunge | 0.60 Hrs | 145/hr | $87.00 |
| | 20.40 Hrs | | $2,141.00 |

**DISBURSEMENTS**

Photocopy $7.90

TOTAL DISBURSEMENTS $7.90

TOTAL THIS BILL $2,148.90

PAYABLE IN 30 DAYS
Tax ID 94-0922040

The Citibank Private Bank
666 Fifth Avenue
New York, NY 10103
ABA # 021-000-089
Act # 4881618

December 13, 2006

Bill Number  48036

File Number 020989-00006

Attn: Sherrie Monteiro AFSB
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**FOR PROFESSIONAL SERVICES RENDERED**

Thru November 30, 2006

Re: Neri Construction, LLC

**LEGAL SERVICES**

| Date | Atty | Description | Time |
|---|---|---|---|
| 11/03/06 | DCC | receipt and review letter from Indemnitors' counsel seeking additional information on charges to Indemnitors | 0.30 Hrs |
| 11/06/06 | DCC | conference with paralegal re:outline preparation of additional production to Indemnitors | 0.50 Hrs |
| 11/06/06 | DCC | draft response to letter from Indemnitors' counsel seeking further billing breakdown | 0.40 Hrs |
| 11/06/06 | PB | review of all billing statements from September 2001 through October 2006, and highlight entries to differentiate from Elm Haven action and enforcement action as requested by opposing counsel; update Exhibit B to Supplemental Affidavit of Attorney's Fees and Costs in accordance with review of billing statements from December 2006 through October 2006; prepare letter to opposing counsel enclosing copies of our highlighted billing statements and updated Exhibit B; | 4.00 Hrs |
| 11/07/06 | DCC | finalize correspondence to Indemnitors' counsel and review and approve billing production | 0.50 Hrs |
| 11/07/06 | DCC | receipt telephone call from Judge Thompson's law clerk followed by voice mail to Attorney Doernberger and further discussion with Judge's law clerk | 0.30 Hrs |
| 11/08/06 | DCC | telephone conference (voice mail) with opposing counsel re: Status Conference; prepare for and participate in Court Status teleconference with all counsel of record | 0.60 Hrs |
| 11/08/06 | DCC | telephone report to Surety (voice mail) | 0.10 Hrs |
| 11/15/06 | DCC | receipt telephone conference from opposing counsel seeking nominal extension of time to file responsive | 0.20 Hrs |

Page 1

Attn: Sherrie Monteiro AFSB
Re: Neri Construction, LLC

| Date | Atty | Description | Time |
|---|---|---|---|
| | | pleading | |
| 11/15/06 | DCC | receipt and review copy of assented to Motion for Time Extension | 0.20 Hrs |
| 11/20/06 | DCC | receipt and review Court Order granting assented to Motion for time extension | 0.20 Hrs |
| 11/28/06 | DCC | receipt and review Memorandum of Law in Opposition to Motion for Final Judgment filed by counsel for certain Indemnitors | 1.00 Hrs |
| 11/29/06 | DCC | receipt telephone call from USDC clerk re: Objection filed by counsel for Indemnitors | 0.20 Hrs |
| 11/29/06 | CMB | review and analyze Neri's objection to Surety's Application for Attorneys' Fees. | 0.40 Hrs |
| 11/29/06 | CMB | teleconference with court clerk regarding Neri's opposition to Surety's Application for Attorneys' Fees | 0.20 Hrs |
| 11/30/06 | DCC | receipt telephone call from USDC Clerk re: opposition filed to Surety's Motion and scheduling hearing on same | 0.20 Hrs |

**TOTAL LEGAL SERVICES**  $1,269.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Dennis C. Cavanaugh | 4.70 Hrs | 175/hr | $822.50 |
| Peggy Beaupre | 4.00 Hrs | 90/hr | $360.00 |
| Christopher M. Bunge | 0.60 Hrs | 145/hr | $87.00 |
| | 9.30 Hrs | | $1,269.50 |

**DISBURSEMENTS**

Photocopy  $63.70
Telephone  $3.80

**TOTAL DISBURSEMENTS**  $67.50

**TOTAL THIS BILL**  $1,337.00

PAYABLE IN 30 DAYS
Tax ID 94-0922040

The Citibank Private Bank
666 Fifth Avenue
New York, NY 10103
ABA # 021-000-089

Page 2

Attn: Sherrie Monteiro AFSB

Act # 4881618