UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY | : | CIVIL DOCKET NO. |
| & GUARANTY CO., | : | 3:02CV524 (AWT) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, | : | |
| THE NERI CORP., JOAN C. NERI, | : | |
| VINCENT A. NERI and MICHELLE NERI | : | |
| Defendants. | : | DECEMBER 18, 2006 |

## NOTICE OF DISMISSAL

Plaintiff United States Fidelity & Guaranty ("USF&G") hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that Counts One, Two, Four and Five, only, of USF&G's Complaint dated March 25, 2002 against all Defendants in the above captioned action are hereby dismissed with prejudice.

PLAINTIFF,
UNITED STATES FIDELITY
& GUARANTY COMPANY

By /s/
Dennis C. Cavanaugh (ct05814)
Thelen Reid Brown Raysman &
Steiner LLP
City Place II, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6400
Fax: (860) 275-6410
Its Attorneys

HARTFORD 146083v1

## CERTIFICATION

I hereby certify that on the 18th day of December, 2006, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

David S. Doyle, Esq.
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

Jaime M. LaMere, Esq.
Cramer & Anderson
46 West Street
P.O. Box 278
Litchfield, CT 06759

_____
Dennis C. Cavanaugh

HARTFORD 146083v1