```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF CONNECTICUT


UNITED STATES FIDELITY &         :
GUARANTY COMPANY
                                 :
     v.                                  CASE NO. 3:02CV524 (AWT)
                                 :
NERI CONSTRUCTION LLC,
THE NERI CORPORATION,            :
JOAN C. NERI,
VINCENT A. NERI,                 :
and MICHELLE NERI
```

## FINAL JUDGMENT

This action came on for consideration of the plaintiff's motion for prejudgment remedy before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge, seeking to enforce the terms of a Master Surety Agreement.

On July 8, 2002, United States Fidelity & Guaranty Company (USF&G) was granted a prejudgment remedy in the amount of $34,669.67. On November 7, 2002, USF&G obtained a preliminary injunction requiring the defendants to post collateral in the amount of $655,954.00, as security against loss occasioned by the plaintiff's issuance of certain bonds on behalf of defendant Neri Construction LLC. The defendants appealed the order to the Second Circuit Court of Appeals.

On October 19, 2004, the U.S. Court of Appeals vacated the preliminary injunction, and remanded the motion back to the district court for further proceedings (regarding USF&G's right to the indemnification provision of the surety agreement).

-2-

On September 29, 2006, the court entered its ruling on the plaintiff's motion for summary judgment on Count III of the complaint, and a partial judgment was entered (see docket entry #103), in favor of the plaintiff USF&G on the issue of liability for attorneys' fees, costs and expenses in the Elm Haven Construction Action and in this action.

At a subsequent hearing in damages, the court ruled on the plaintiff's application for attorneys' fees and costs.

On December 18, 2006, the plaintiff filed a notice of voluntary dismissal of Counts I, II, IV and V of the complaint.

Accordingly, it is therefore ORDERED, ADJUDGED AND DECREED that judgment be and is hereby entered in favor of the plaintiff United States Fidelity & Guaranty Company, against all of the defendants, on Count III of the complaint, in the total amount of $151,199.12, which amount represents $77,786.05 in attorneys' fees and $4,665.41 in costs in the Elm Haven Construction action and $65,338.95 in attorneys' fees and $3,408.71 in costs in this Enforcement Action.  Statutory interest pursuant to 28 U.S.C. § 1961 shall accrue from December 15, 2006, on the amount of the judgment that was ordered by the court.

Dated at Hartford, Connecticut, this 23rd day of March, 2007.

                                        KEVIN F. ROWE, Clerk
                                        United States District Court

                                        By  /s/ SLS
                                              Sandra Smith
                                              Deputy Clerk