UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103
August 17, 2007

Edward L. Doernberger, Esq.
Saxe, Doernberger & Vita
1952 Whitney Ave.
Hamden, CT 06517

Dear E. Doernberger, Esq :

   RE: Case No: 3:02CV524 (AWT)
   USF & G  v.  Neri

As this case has been disposed of in this court:
   (XX) Enclosed are the following Defendant's Exhibits:
   B, E, G, I, J, K, L, M, N, O, P, Q, R, S, & T

<u>Please acknowledge receipt of the documents on the copy of this letter and return to the Hartford Clerk's Office.</u>

Thank you for your cooperation.

                Sincerely,
                KEVIN F. ROWE, CLERK

                   /s/
                · Robert Wood
                Deputy Clerk

Enclosure (S):

ACKNOWLEDGMENT: _____
                        Edwin L. Doernberger
DATE: 8/20/07