UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION:**

To the United States District Court for the District of Connecticut at 141 Church Street, New Haven, Connecticut, in connection with the judgment therein on March 23, 2007, Docket No. 3:02 cv 00524 (AWT), *United States Fidelity & Guaranty Co. v. Neri Construction LLC., et al.*

**NAME AND ADDRESS OF BANKING INSTITUTION** (only one bank name/address per application):

Citizens Bank, 190 Trumbull Street, Hartford, Connecticut 06103

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**

United States Fidelity & Guaranty Co.
385 Washington Street, St. Paul, Minnesota

**NAME OF JUDMENT DEBTOR:**   Neri Construction LLC
10 Bluff Avenue, Clinton, CT 06413

| | | |
|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | **$151,199.12** |
| 2. | AMOUNT OF COSTS: | **$ 8,466.05** |
| 3. | AMOUNT OF INTEREST (if applicable): | **$ 7,166.29** |
| 4. | TOTAL JUDGMENT AND COSTS: | **$166,831.46** |
| 5. | TOTAL PAID ON ACCOUNT: | **$0** |
| 6. | TOTAL UNPAID JUDGMENT: | **$166,831.46** |

For the Plaintiff,
United States Fidelity & Guaranty Co.

Dated: December ___, 2007     By: _____
Dennis C. Cavanaugh, Esq. (Juris No. ct05814)
Thelen Reid Brown Raysman & Steiner, LLP
CityPlace II, 10th Floor, 185 Asylum Street
Hartford, Connecticut 06106
Tel. (860) 275-6424
Fax. (860) 275-6410
dcavanaugh@thelen.com

CT #155910 v1

## E X E C U T I O N

**TO ANY PROPER OFFICER:**

      Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby Authority Of The United States To Command You:

_____**IF JUDGMENT DEBTOR IS A NATURAL PERSON:**

Within seven days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your county, or is such main office is not within your county and such banking institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the banking commissioner, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the bank institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes.

_____**IF DEBTOR IS OTHER**

Make demand upon the main office of any banking institution having its main office within your county, or if such main office is not within your county and such bank institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution office upon whom such demand was made.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.**

DATED AT                      , CONNECTICUT THIS     DAY OF             ,    .

                                          ROBERTA D. TABORA, CLERK

                                          BY _____
                                          DEPUTY CLERK