UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY CO. | :   3:02 cv 00524 (AWT) |
| V. | : |
| NERI CONSTRUCTION LLC; THE NERI CORPORATION; JOAN C. NERI; VINCENT A. NERI; and MICHELLE NERI | :   DECEMBER 4, 2007 |

**MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS**

Plaintiff moves this Court to appoint, State Marshal Abraham Glassman, a qualified person over eighteen (18) years of age, residing in South Windsor, Connecticut and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process (See Rule 4, F.R.Civ.P.)

Dated at Hartford, Connecticut, this the 4th day of December, 2007.

                                                          For the Plaintiff,
                                                          United States Fidelity & Guaranty Company

                                                          By: _____
                                                          Dennis C. Cavanaugh, Esq.
                                                          Thelen Reid Brown Raysman & Steiner, LLP
                                                          CityPlace II, 10th Floor
                                                          185 Asylum Street
                                                          Hartford, Connecticut 06106
                                                          Tel. (860) 275-6424
                                                          Fax. (860) 275-6410
                                                          Attorney for Plaintiff

So Ordered.
Roberta D. Tabora, Clerk

By:_____      Dated: _____, 2007
    Deputy Clerk

CT #155921 v1